JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY BUTLER, | No. CV 10-8010-CAS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA SANDERS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, for lack of jurisdiction.

DATED: December 3, 2010

_____
CHRISTINA A. SNYDER
United States District Judge